UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DIANE CRIDER, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:12CV823 JCH (SPM) |
| ) | |
| CAROLYN W. COLVIN, ) | |
| ) | |
| Defendant(s). ) | |

### ORDER

This matter arises on the Report and Recommendation of United States Magistrate Judge Shirley Padmore Mensah, filed June 24, 2013. (ECF No. 19). See 28 U.S.C. § 636. In her report, Magistrate Judge Mensah recommends that the Court affirm the decision of the Commissioner and dismiss Plaintiff's Complaint with prejudice. Neither party has filed objections to the Report and Recommendation.

After review of the entire record in this matter, the Court concurs in the Magistrate Judge's findings and will adopt the Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (ECF No. 19) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice. A separate Judgment will accompany this Order.

Dated this 11th day of July, 2013.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE